UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TYROSH BROWN,

        Plaintiff,                                      Case No. 1:10-CV-730

v.                                                  Honorable Robert Holmes Bell

CHINATOWN, INC.,

        Defendant.
_____/

**ORDER APPROVING AND ADOPTING
MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**

On February 22, 2011, Magistrate Judge Joseph G. Scoville issued a Report and Recommendation ("R&R") (Dkt. No. 17) recommending that Defendant Chinatown, Inc.'s motion to dismiss (Dkt. No. 10) be denied. No objections have been filed, and the deadline for doing so has expired. The Court has reviewed the matter and concludes that the R&R correctly analyzes the issues and makes a sound recommendation. Accordingly,

**IT IS HEREBY ORDERED** that the Magistrate Judge's February 22, 2011, R&R (Dkt. No. 17) is **APPROVED** and **ADOPTED** as the opinion of the Court.

**IT IS FURTHER ORDERED** that Defendant's motion to dismiss (Dkt. No. 10) is **DENIED**.

Date:   March 8, 2011                     /s/ Robert Holmes Bell
                                                   ROBERT HOLMES BELL
                                                   UNITED STATES DISTRICT JUDGE